THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUFACTURERS TRUST COMPANY, Appellant, *v.* HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued November 20, 1947; decided January 15, 1948.

*Isidore Feil* for appellant.

*Charles E. Murphy, Corporation Counsel (Edith I. Spivack, Morris Handel* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.